UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN D'AGOSTINO, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOVERNOR DEVAL PATRICK, in his official capacity as Governor of the Commonwealth of Massachusetts; THOMAS L. WEBER, in his official capacity as the Director of the Department of Early Education and Care; and SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 509,<br><br>　　　　　　Defendants. | Case No. 1:14-CV-11866-GAO |

### *ASSENTED-TO* MOTION BY ALL DEFENDANTS FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Defendants Deval Patrick, in his official capacity as Governor of the Commonwealth of Massachusetts; Thomas L. Weber, in his official capacity as Director of the Department of Early Education and Care; and Service Employees International Union, Local 509 ("SEIU") respectfully submit this *assented-to* motion to extend the time to answer or otherwise respond to the Complaint, until and including July 15, 2014.

As grounds for this motion, Defendants state as follows:

1.　　The Complaint in this matter was filed on April 16, 2014, and served on the Office of the Governor on or about April 22, 2014.  It was served on SEIU's offices on or about April 18, 2014.  Under Fed. R. Civ. P. 12(a)(1), Defendants' responsive pleadings are due on or about May 9, 2014 (for SEIU) and May 13, 2014 (for Governor Patrick).

2.      To accommodate the schedules of counsel, and with agreement of Plaintiffs, Defendants request until July 15, 2014 to answer or otherwise respond to the Complaint.

3.      Plaintiffs' counsel, Attorneys Geoffrey Bok and William Messenger, have indicated their assent to the relief requested in this motion.

For the foregoing reasons, Defendants respectfully request an extension of time to answer or otherwise respond to the Complaint, until and including July 15, 2014.

Date:  April 28, 2014

Respectfully submitted,

GOVERNOR DEVAL PATRICK, in his official capacity as Governor of the Commonwealth of Massachusetts, and THOMAS L. WEBER, in his official capacity as the Director of the Department of Early Education and Care,

*By their attorney,*
MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Tori T. Kim_____
Tori T. Kim, BBO #651721
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts  02108
Tel:  (617) 963-2022
Fax: (617) 727-5785
Email:  tori.kim@state.ma.us

SERVICE EMPLOYEES
INTERNATIONAL UNION,
LOCAL 509,
*By its attorneys,*

/s/ Katherine D. Shea_____
Katherine D. Shea, BBO #549771
Betsy Ehrenberg, BBO #554628
Pyle Rome Ehrenberg P.C.
18 Tremont St., Ste. 500

Boston, MA 02108
Tel: (617) 367-7200
Fax: (617) 367-4820
Email:  kshea@pylerome.com
       behrenberg@pylerome.com

/s/ Scott A. Kronland_____
Scott A. Kronland, CA Bar. #171693
(*Pro hac vice* motion to be filed)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel:  (415) 421-7151
Fax:  (415) 362-8064
Email:  skronland@altshulerberzon.com

*Assented-to:*

/s/ Geoffrey R. Bok_____
Geoffrey R. Bok, BBO # 550851
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
Tel: 617.542.6789
Fax: 617.556.8989
Email:  gbok@scmllp.com

/s/ William L. Messenger_____
William L. Messenger (Va. Bar. #47179)
(*Pro Hac Vice* Motion to be Filed)
National Right to Work Legal Defense Foundation
8001 Braddock Road, Suite 600
Springfield, VA 22160
Tel: 703.321-8510
Fax: 703.321.8319
Email:  wlm@nrtw.org

*Attorneys for Plaintiffs*

## **LOCAL RULE 7.1 STATEMENT**

I certify that I have conferred with opposing counsel, Geoffrey R. Bok and William L. Messenger, regarding this motion, and have obtained their assent to the relief sought.

                                                         __/s/ Tori T. Kim_____
                                                            Tori T. Kim

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on today's date.

                                                         __/s/ Tori T. Kim_____
                                                           Tori T. Kim