UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

)
KATHLEEN D'AGOSTINO, et al.,                     )
                                                 )
                        Plaintiffs,              )
                                                 )          Case No. 1:14-CV-11866-GAO
             v.                                  )
                                                 )
GOVERNOR DEVAL PATRICK, in his                   )
official capacity as Governor of the             )
Commonwealth of Massachusetts;                   )
THOMAS L. WEBER, in his official                 )
capacity as the Director of the Department of    )
Early Education and Care; and SERVICE            )
EMPLOYEES INTERNATIONAL UNION,                   )
LOCAL 509,                                       )
                                                 )
                        Defendants.              )
_____ )

**JOINT STIPULATION AND MOTION PROVIDING FOR
AMENDMENT OF COMPLAINT AND PROPOSING DEADLINES**

Pursuant to Fed. R. Civ. P. 6(b) and 15(a), the parties in the above-captioned matter

respectfully submit this Joint Stipulation and Motion, providing for an amendment of the

Complaint and proposing deadlines for the filing of an amended complaint by July 31, 2014, and

the filing of Defendants' responses by September 12, 2014.

As grounds for this motion, the parties stipulate and state as follows:

1.      The Complaint in this matter was filed on April 16, 2014.

2.      On April 28, 2014, Defendants filed an *assented-to* motion seeking an extension

of time to respond to the Complaint, until and including July 15, 2014 (Dkt. No. 5).  This Court

granted the motion on April 29, 2014 (Dkt. No. 6).  Part of the reason for the extension was the

pendency in the U.S. Supreme Court of Harris v. Quinn, No. 11-681, a case concerning the issue

of "agency fees" paid to collective bargaining representatives.

 3. On June 30, 2014, the Supreme Court decided Harris v. Quinn, 573 U.S. ___

(2014), addressing the issue of "agency fees" paid to collective bargaining representatives.

 4. In light of Harris, the parties stipulate and agree that Plaintiff will be permitted

time to amend the Complaint. Pursuant to Fed. R. Civ. P. 6(b) and 15(a), the parties agree to,

and jointly request that this Court approve, a schedule setting forth the following deadlines:

 a. Plaintiff to file an Amended Complaint by July 31, 2014;

 b. Defendants to file responses by September 12, 2014.

 5. Good cause exists for this request, in light of the parties' desire to amend their

pleadings and responses in light of the recent Harris decision. The parties also propose the above

dates in order to accommodate the vacation schedules of counsel, and to provide sufficient time

for Defendants to prepare motions to dismiss if necessary.

 Based on the foregoing, the parties respectfully request that this Court enter an Order

setting the deadlines above.

Respectfully submitted,

*Plaintiffs*

KATHLEEN D'AGOSTINO; DENISE
BOIAN; JEAN M. DEMERS; JUDITH
SANTOS; LAURIE SMITH; and KELLY
WINSHIP,

By their attorneys,

/s/ Geoffrey R. Bok_____
Geoffrey R. Bok, BBO # 550851
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110

*Defendants*

GOVERNOR DEVAL PATRICK, in his
official capacity as Governor of the
Commonwealth of Massachusetts, and
THOMAS L. WEBER, in his official
capacity as the Director of the Department of
Early Education and Care,

By their attorney,
MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Tori T. Kim_____

2

Tel: 617.542.6789
Fax: 617.556.8989
Email:  gbok@scmllp.com

/s/ William L. Messenger_____
William L. Messenger (Va. Bar. #47179)
(*Pro Hac Vice Application Pending*)
National Right to Work Legal Defense
Foundation
8001 Braddock Road, Suite 600
Springfield, VA 22160
Tel: 703.321-8510
Fax: 703.321.8319
Email:  wlm@nrtw.org

Dated:  July 14, 2014

Tori T. Kim, BBO #651721
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts  02108
Tel:  (617) 963-2022
Fax: (617) 727-5785
Email:  tori.kim@state.ma.us

Dated:  July 14, 2014

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 509,
By its attorneys,

/s/ Katherine D. Shea_____
Katherine D. Shea, BBO #549771
Betsy Ehrenberg, BBO #554628
Pyle Rome Ehrenberg P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
Tel: (617) 367-7200
Fax: (617) 367-4820
Email:  kshea@pylerome.com
behrenberg@pylerome.com

/s/ Scott A. Kronland_____
Scott A. Kronland, CA Bar. #171693
(*Admitted Pro Hac Vice*)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel:  (415) 421-7151
Fax:  (415) 362-8064
Email:  skronland@altshulerberzon.com

Dated:  July 14, 2014

## LOCAL RULE 7.1 STATEMENT

I certify that I have conferred with opposing counsel, Geoffrey R. Bok and William L. Messenger, regarding this motion, and have obtained their assent to the relief sought.

\_\_/s/ Tori T. Kim_____
Tori T. Kim

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on today's date.

\_\_/s/ Tori T. Kim_____
Tori T. Kim