UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN D'AGOSTINO, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOVERNOR DEVAL PATRICK, in his ) <br> official capacity as Governor of the ) <br> Commonwealth of Massachusetts; ) <br> THOMAS L. WEBER, in his official ) <br> capacity as the Director of the Department of ) <br> Early Education and Care; and SERVICE ) <br> EMPLOYEES INTERNATIONAL UNION, ) <br> LOCAL 509, ) <br> ) <br> Defendants. ) | Case No. 1:14-CV-11866-GAO |

### *ASSENTED-TO* MOTION BY ALL DEFENDANTS FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Defendants Deval Patrick, in his official capacity as Governor of the Commonwealth of Massachusetts; Thomas L. Weber, in his official capacity as Director of the Department of Early Education and Care ("EEC"); and Service Employees International Union, Local 509 ("SEIU") respectfully submit this *assented-to* motion for a two-week extension to respond to the Amended Complaint, until September 26, 2014.

As grounds for this motion, Defendants state as follows:

1. The Complaint in this matter was filed on April 16, 2014.

2. On April 28, 2014, Defendants filed an assented-to motion to extend the time to respond to the Complaint on July 15, 2014. See Dkt. No. 5. This Court granted the motion on April 29, 2014. See Dkt. No. 6.

3. On July 14, 2014, the parties filed a joint stipulation and motion providing for an amendment of the Complaint by July 31, 2014, and proposing the filing of responses by September 12, 2014.  See Dkt. No. 12.  This Court granted the joint motion on August 7, 2014.  See Dkt. No. 16.

4. Plaintiffs filed the Amended Complaint on July 31, 2014.  See Dkt. No. 15.

5. Defendants hereby seek an additional two (2) weeks to respond to the Amended Complaint, until and including September 26, 2014.  Good cause exists for this request because Defendants plan to file, as their response, motions to dismiss the Amended Complaint.  The undersigned counsel for Governor Patrick and EEC will require additional time to prepare the motion papers, and obtain the necessary approvals before filing.  For the sake of consistency, the parties have agreed that all Defendants will file their motion papers together, so that Plaintiffs will be subject to one deadline for their opposition.

6. Plaintiffs' counsel, Attorney William Messenger, has indicated his assent to the relief requested in this motion.

For the foregoing reasons, Defendants respectfully request an extension of time to respond to the Amended Complaint, until and including September 26, 2014.

Date:  September 10, 2014                    Respectfully submitted,

GOVERNOR DEVAL PATRICK, in his official capacity as Governor of the Commonwealth of Massachusetts, and THOMAS L. WEBER, in his official capacity as the Director of the Department of Early Education and Care,

*By their attorney,*
MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Tori T. Kim_____
Tori T. Kim, BBO #651721
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts  02108
Tel:  (617) 963-2022
Fax: (617) 727-5785
Email:  tori.kim@state.ma.us

SERVICE EMPLOYEES
INTERNATIONAL UNION,
LOCAL 509,
*By its attorneys,*

/s/ Katherine D. Shea_____
Katherine D. Shea, BBO #549771
Betsy Ehrenberg, BBO #554628
Pyle Rome Ehrenberg P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
Tel: (617) 367-7200
Fax: (617) 367-4820
Email:  kshea@pylerome.com
        behrenberg@pylerome.com

/s/ Scott A. Kronland_____
Scott A. Kronland, CA Bar. #171693
(*Admitted Pro Hac Vice*)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel:  (415) 421-7151
Fax:  (415) 362-8064
Email:  skronland@altshulerberzon.com

*Assented-to:*

/s/ William L. Messenger_____
William L. Messenger (Va. Bar. #47179)
(*Admitted Pro Hac Vice*)
National Right to Work Legal Defense Foundation
8001 Braddock Road, Suite 600
Springfield, VA 22160
Tel: 703.321-8510
Fax: 703.321.8319

Email: wlm@nrtw.org
*Attorneys for Plaintiffs*

## LOCAL RULE 7.1 STATEMENT

  I certify that I have conferred with opposing counsel, William L. Messenger, regarding this motion, and have obtained his assent to the relief sought.

                 __/s/ Tori T. Kim_____
                   Tori T. Kim

## CERTIFICATE OF SERVICE

  I certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on today's date.

                 __/s/ Tori T. Kim_____
                  Tori T. Kim