UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KATHLEEN D'AGOSTINO, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOVERNOR DEVAL PATRICK, in his )<br>official capacity as Governor of the )<br>Commonwealth of Massachusetts; )<br>THOMAS L. WEBER, in his official )<br>capacity as the Commissioner of the )<br>Department of Early Education and Care; )<br>and SERVICE EMPLOYEES )<br>INTERNATIONAL UNION, LOCAL 509, )<br>)<br>Defendants. )<br>) | Case No. 1:14-CV-11866-LTS<br><br>**Oral Argument Requested** |

**MOTION OF STATE DEFENDANTS TO**
**DISMISS AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Deval Patrick, in his official capacity as Governor of the Commonwealth of Massachusetts, and Thomas L. Weber, in his official capacity as Commissioner of the Department of Early Education and Care ("EEC") (collectively, the "State Defendants") respectfully submit this Motion to Dismiss the Amended Complaint. The State Defendants have submitted with this motion a Memorandum in Support of their Motion to Dismiss.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), the State Defendants request that this Court hear oral argument on this motion.

        Respectfully submitted,

        GOVERNOR DEVAL PATRICK, in his official capacity as Governor of the Commonwealth of Massachusetts, and THOMAS L. WEBER, in his official capacity as the Commissioner of the Department of Early Education and Care,

        *By their attorney*,
        MARTHA COAKLEY
        ATTORNEY GENERAL

        /s/ Tori T. Kim_____
        Tori T. Kim, BBO #651721
        Assistant Attorney General
        One Ashburton Place
        Boston, Massachusetts  02108
        Tel:  (617) 963-2022
        Fax: (617) 727-5785
        Email:  tori.kim@state.ma.us

        Dated:  September 26, 2014


## LOCAL RULE 7.1 STATEMENT

      I certify that I have conferred with opposing counsel, William L. Messenger, regarding this motion, and was unable to resolve or narrow the issues presented in the motion.

          __/s/ Tori T. Kim_____
              Tori T. Kim


## CERTIFICATE OF SERVICE

      I certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on today's date.

          __/s/ Tori T. Kim_____
              Tori T. Kim